IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01152-RM-KLM

NEOMEDIA TECHNOLOGIES, INC.,

    Plaintiff,

v.

BED BATH & BEYOND, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion to Vacate Scheduling Conference** [#21] (the "Motion"). The parties state that they have reached a settlement and anticipate filing dismissal papers by November 22, 2013. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**. The Scheduling Conference set for November 19, 2013 at 11:00 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **November 22, 2013**.

    Dated: November 12, 2013